**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO: 26-______** |
| **v.** | : | **DATE FILED: __________** |
| **GAVIN MOIR** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 4 counts)** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 17, 2022, in Chester County, in the Eastern District of Pennsylvania, defendant

**GAVIN MOIR,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of Member of the Senate and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

**COUNT TWO**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 8, 2022, in Chester County, in the Eastern District of Pennsylvania, defendant

**GAVIN MOIR,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of Member of the Senate and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

**COUNT THREE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Chester County, in the Eastern District of Pennsylvania, defendant

**GAVIN MOIR,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

.

In violation of Title 18, United States Code, Section 611.

**<u>COUNT FOUR</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 19, 2026, in Chester County, in the Eastern District of Pennsylvania, defendant

**GAVIN MOIR,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of Member of the Senate and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**GAVIN MOIR**

MISDEMEANOR INFORMATION

Counts

**18 U.S.C. § 611 (voting by alien – 4 counts)**

A true bill.

_______________________________
Foreperson

Filed in open court this ____________________day,
Of _______________A.D. 20_________

_______________________________
Foreperson

Bail, $___________