AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
GAVIN MOIR
*Defendant*

Case No. 26-555

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GAVIN MOIR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:611 - VOTING BY ALIEN

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: 10/30/2026

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/30/2026, and the person was arrested on *(date)* 11/02/2026
at *(city and state)* Philadelphia, PA.

Date: 11/02/2026

*Arresting officer's signature*

SA Laura McCord - HSI
*Printed name and title*